IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THOMAS DEER                                                                          PLAINTIFF

v.                              Civil No. 6:15-cv-06048

LT. JENNIFER CARL                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 28th day of September, 2016.

*/s/ P. K. Holmes, III*

HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE